1 | Roni Rotholz, Esq. (SBN 092448)
2 | LAW OFFICES OF RONI ROTHOLZ
  | 1870 Olympic Blvd., Suite 120
3 | Walnut Creek, CA 94596

4 | Telephone:  (925) 932-0193
  | Facsimile:   (925) 939-8434
5 | E-mail:  rrotholz@aol.com

6 | Attorney Kiren Mand, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD G. KLUJ; KIREN MAND,

Defendants.

Case No.: CR 11-00422-01 LHK

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 9, 2012 THROUGH JUNE 6, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)), AND MOTION TO VACATE MAY 9, 2012 COURT DATE

The undersigned counsel having conferred, and, in concert, needing to resolve counsel Roberts' conflict re the date next set re the instant matter, May 9, 2012, consistent with him now being confirmed in trial at that time, and, further, his need to conclude the case preparations now in progress re the instant matter, and, further, the undersigned counsel needing to accommodate the requirement by undersigned counsel Rotholz re some additional time to conclude case preparation re defendant Mand, and having verified with the Court that June 6, 2012, at 10:00 a.m., is available for a further setting, jointly pray the Court continues the hearing now set for May 9, 2012 to June 6, 2012 at 10:00 a.m. The undersigned counsel

further pray that their appearance, and those of their defendant clients would be excused on May 9, 2012, but compelled on the new date of June 6, 2012.

Undersigned Rotholz hereby affirms the request and permission of counsel Roberts that he, Rotholz, prepare and execute, on both counsel's behalf, the instant request for continuance, that he reviewed same with counsel Roberts, and that he obtained the authorization to undertake and file same.

At this time, consistent with the above, the parties are requesting an exclusion of time from May 9, 2012 to June 6, 2012, to accommodate counsel Roberts' trial commitment, to afford counsel Roberts a further opportunity for case preparation he requires in the instant matter, and to afford counsel Rotholz the further time he needs to complete his case preparation in the instant matter. Again, the parties also request that the May 9, 2012 Court date be vacated and a new Court date be set on June 6, 2012, at 10:00 a.m.

Consistent with the above, the undersigned respectfully request an order finding that the subject time period is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such an action and outweigh the best interests of the public and defendants in a speedy trial. The failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also request that the May 9, 2012, Court date be vacated.

It is so Stipulated,

LAW OFFICE OF RONI ROTHOLZ

/s/ Roni Rotholz
_____
Roni Rotholz, attorney for defendant Mand

Dated: May 8, 2012

LAW OFFICE OF DENNIS ROBERTS

/s/ Dennis Roberts
_____
Roni Rotholz, attorney for defendant Kluj

Dated: May 8, 2012

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from May 9, 2012, through June 6, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant(s) in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant(s) the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Further, based upon the request of the parties, the May 9, 2012 Court date is vacated. The Court sets by this Order June 6, 2012 at 9:00 a.m. as the new date for further proceedings re this matter and orders the parties present on that date and at that time.

IT IS SO ORDERED.

*Excludable time is also found based on the need for continuity of counsel for Defendant Kluj because his counsel is in trial.*

DATED: 5/8/12

_Lucy H. Koh_
HONORABLE LUCY H. KOH