1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5061
       Fax:  (408) 535-5066
7      E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 11-00422 LHK
14                                     )
         Plaintiff,                    )   GOVERNMENT'S MOTION TO DISMISS
15                                     )   AS TO EDWARD J. KLUJ AND
      v.                               )   SUGGESTION OF DEATH UPON THE
16                                     )   RECORD; [PROPOSED] ORDER
   EDWARD G. KLUJ, AND GURINDER        )
17 KIREN MAND,                         )
                                       )
18       Defendant.                    )

19 ─────────────────────────────────

      The United States, through the undersigned attorney, moves this Court to **DISMISS**, without
20
   prejudice, all counts of the above-numbered indictment as to defendant EDWARD G. KLUJ.
21
   The Government suggests the death of this defendant during the pendency of this action.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

   GOVT'S MOTION TO DISMISS RE KLUJ
   CR 11-00422 LHK                         1

1 | The Government has obtained a copy of the Certificate of Death, and it confirms that Edward G. Kluj, whose date of birth and social security number match the defendant's, passed away on August 21, 2012.

DATED: September 18, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

/S/

_____
GRANT P. FONDO
Assistant United States Attorney

**ORDER**

For good cause shown, the Court grants the government's motion to dismiss, without prejudice, all counts as to defendant Edward G. Kluj in above-captioned indictment, CR 11--00422 LHK.

Date: 9/18/12

HONORABLE LUCY H. KOH
United States District Judge